# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-CV-01767-RPM

OSCAR DOMINGUEZ

    Plaintiff,

vs.

MILLER INSULATION CO., INC.

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss Complaint [11] filed October 13, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 14th day of October, 2014.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Senior Judge Richard P. Matsch